373 A.2d 1153

U. S. Expansion Bolt Co. v. Zifferer et al., Appellants.

Argued March 15, 1977. William J. Althaus, with him Wentworth Darcy Vedder, for appellants; Michael P. Loucks, with him Liverant, Senft and Cohen, for appellee.

Judgment and orders affirmed.